UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
OCT 4 2018
FILED
Stephen C. Dries, Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 18-CR-75

HARRY E. JOHNSON, JR.,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant, Harry E. Johnson, Jr. agrees to the forfeiture of the approximately $3,202[1] in United States currency seized from Harry E. Johnson, Jr. on or about April 4, 2018, in Kimberly, Wisconsin, described in the forfeiture notice of the Indictment filed on April 17, 2018.

IT IS HEREBY ORDERED that all right, title and interest in the approximately $3,202 in United States currency seized from Harry E. Johnson, Jr. on or about April 4, 2018, in Kimberly, Wisconsin, is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

IT IS FURTHER ORDERED that the above-listed item shall be seized by the United States Marshal Service for the Eastern District of Wisconsin, or its duly authorized representative.

---

[1] The currency amount was listed as approximately $3,100 in United States currency in the forfeiture notice of the Indictment. The correct amount is approximately $3,202 in United States currency.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 4th day of October, 2018.

_____
HONORABLE WILLIAM C. GRIESBACH
Chief United States District Judge