UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                   Case No. 18-CR-75

HARRY E. JOHNSON, JR.,

        Defendant.

_____

**FINAL ORDER OF FORFEITURE AND JUDGMENT**
_____

The Court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney William J. Roach, and being satisfied that the terms and provisions of Title 21, United States Code, Section 853 have been satisfied,

IT IS ORDERED, pursuant to Title 21, United States Code, Section 853, that the United States of America has clear title to the approximately $3,202 in United States currency seized from Harry E. Johnson, Jr. on or about April 4, 2018, in Kimberly, Wisconsin, and may dispose of the property according to law.

Dated at Green Bay, Wisconsin, this 1st day of April, 2019.

                                      s/William C. Griesbach
                                      HONORABLE WILLIAM C. GRIESBACH
                                      Chief United States District Judge